UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>PEOPLE OF THE STATE OF CALIFORNIA, by XAVIER BECERRA, Attorney General of the State of California,<br><br>PEOPLE OF THE STATE OF COLORADO, by PHILIP J. WEISER, Attorney General of the State of Colorado,<br><br>THE DISTRICT OF COLUMBIA, by KARL A. RACINE, Attorney General of the District of Columbia,<br><br>COMMONWEALTH OF MASSACHUSETTS, by MAURA HEALEY, Attorney General of Massachusetts,<br><br>THE STATE OF MINNESOTA, by KEITH ELLISON, Attorney General of the State of Minnesota,<br><br>THE STATE OF NEW JERSEY, by GURBIR S. GREWAL, Attorney General of the State of New Jersey,<br><br>THE STATE OF NORTH CAROLINA *ex rel.* JOSHUA H. STEIN, Attorney General of North Carolina,<br><br>       Plaintiffs,<br><br> – against –<br><br>THE OFFICE OF THE COMPTROLLER OF THE CURRENCY and BRIAN P. BROOKS, in his official capacity as Acting Comptroller of the Currency,<br><br>       Defendants. | Case No. 1:21-Civ.-57-SHS<br><br><br><br><br><br><br><br>**DECLARATION OF SERVICE** |

   I, Christopher L. McCall, hereby declare that, in accordance with Federal Rule of Civil Procedure 4(i), on January 11, 2021, I served a copy of the Complaint and Summonses in this action by United States Postal Service certified mail, return receipt requested, upon the following individuals and entities:

The Office of the Comptroller of the Currency
400 7th Street SW
Washington, D.C.  20219

Brian P. Brooks
Acting Comptroller
The Office of the Comptroller of the Currency
400 7th Street SW
Washington, D.C.  20219

Jeffrey A. Rosen
Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C.  20530

Civil-Process Clerk
United States Attorney's Office
Southern District of New York
1 St. Andrew's Plaza
New York, New York  10007

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         January 11, 2021

By:  */s/ Christopher L. McCall*
Christopher L. McCall, Assistant Attorney General
Office of the New York Attorney General
Bureau of Consumer Frauds and Protection
28 Liberty Street, 20th Floor
New York, New York  10005
Telephone:  (212) 416-8303
Email:  christopher.mccall@ag.ny.gov

2