UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York, PEOPLE OF THE STATE OF CALIFORNIA, by XAVIER BECERRA, Attorney General of the State of California, PEOPLE OF THE STATE OF COLORADO, by PHILIP J. Weiser, Attorney General of the State of Colorado, THE DISTRICT OF COLUMBIA, by KARL A. RACINE, Attorney General of the District of Columbia, COMMONWEALTH OF MASSACHUSETTS, by MAURA HEALEY, Attorney General of Massachusetts, THE STATE OF MINNESOTA, by KEITH ELLISON, Attorney General of the State of Minnesota, THE STATE OF NEW JERSEY, by GURBIR S. GREWAL, Attorney General of the State of New Jersey, and THE STATE OF NORTH CAROLINA ex rel JOSHUA H. STEIN, Attorney General of North Carolina, | : : : : : : : : : : | 21-Cv-57 (SHS)  ORDER FOR INITIAL PRETRIAL CONFERENCE |
| Plaintiffs, | : | |
| -v- | : | |
| THE OFFICE OF THE COMPTROLLER OF THE CURRENCY and BRIAN P. BROOKS, in his official capacity as Acting Comptroller of the Currency, | : : : | |
| Defendants. | | |

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     This case has been assigned to this Court for all purposes. Counsel for all parties are required to register promptly as filing users in accordance with the S.D.N.Y. Electronic Case Filing Rules & Instructions.

     An initial pretrial conference pursuant to Fed. R. Civ. P. 16 is scheduled via teleconference for April 2, 2021, at 10:00 a.m. At that teleconference, counsel for all parties must be prepared to discuss the progress of the case and the scheduling of discovery proceedings,

any dispositive motions, the feasibility of settlement or alternative dispute resolution, the dates for future conferences, and the submission of a joint pretrial order.

     All participants on the teleconference must identify themselves every time they speak, spell any proper names for the court reporter, if there is one, and take care not to interrupt or speak over one another. Finally, all of those accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

     Counsel should adhere to the following rules and guidelines during the teleconference:

     Each party should designate a single lawyer to speak on its behalf (including when noting the appearances of other counsel on the telephone).

     Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

     To facilitate an orderly teleconference and the creation of an accurate transcript, if any, counsel are *required* to identify themselves every time they speak. Counsel should spell any proper names for the court reporter. Counsel should also take special care not to interrupt or speak over one another.

     If there is a beep or chime indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

     Plaintiffs' counsel is directed to notify defendants' counsel of this teleconference.

     The parties shall dial 888-273-3658 and use access code 7004275 to join the teleconference.

     Attorneys are directed to consult the Electronic Case Filing Rules & Instructions and Judge Stein's Individual Rules with respect to procedures for matters assigned to him.

Dated: New York, New York
       February 16, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.