

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

April 26, 2021

**By ECF**
The Honorable Sidney H. Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *People of the State of New York, et al. v. Office of the Comptroller of the Currency*, 21 Civ. 57 (SHS)

Dear Judge Stein:

      This Office represents defendants the Office of the Comptroller of the Currency ("OCC") and Acting Comptroller of the Currency Blake Paulson in the above-referenced matter. Presently, defendants' deadline to produce the administrative record is this Wednesday, April 28, 2021. (ECF No. 28). We write respectfully to request a one-week extension of that deadline, to Wednesday, May 5, 2021, and a similar extension of the deadlines in the parties' so-ordered briefing schedule (except for the final deadline of Friday, August 20, 2021, which will remain in place).

      We make this request because defendants require additional time to finalize the record and format it for submission to the Court and production to plaintiffs' counsel. This is defendants' first request for an extension of time to produce the administrative record, and plaintiffs consent to this request.

      Accordingly, we respectfully request that the Court endorse the following revised schedule:

- Wednesday, May 5, 2021: Defendants file the administrative record.
- Friday, June 11, 2021: Plaintiffs file their motion for summary judgment.
- Friday, July 16, 2021: Defendants file their cross-motion for summary judgment/opposition to plaintiffs' motion.
- Friday, August 6, 2021: Plaintiffs file their opposition to defendants' cross-motion/reply in further support of their motion.
- Friday, August 20, 2021: Defendants file their reply in further support of their cross-motion.

We thank the Court for its consideration of this letter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:   /s/ *Christopher Connolly*
CHRISTOPHER CONNOLLY
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2761
Fax: (212) 637-2786
E-mail: christopher.connolly@usdoj.gov

cc:    *Counsel of record* (by ECF)