

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

May 5, 2021

**By ECF and Federal Express**
The Honorable Sidney H. Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *People of the State of New York, et al. v. Office of the Comptroller of the Currency*, 21 Civ. 57 (SHS)

Dear Judge Stein:

  This Office represents defendants the Office of the Comptroller of the Currency ("OCC") and Acting Comptroller of the Currency Blake Paulson in the above-referenced matter. We write to inform the Court that, pursuant to the Court's order directing defendants to file the administrative record (ECF No. 33), defendants are sending electronic sets of the administrative record to both Your Honor's chambers and the Clerk's Office by Federal Express overnight delivery. These sets will contain: (1) a copy of this letter; (2) OCC's certification of the administrative record; (3) the index to the administrative record; and (4) the administrative record itself.[1] Defendants are also sending the same material via Federal Express overnight delivery to counsel for each of the plaintiff States.

  Defendants are producing the record in this format because its volume precludes filing on the Court's CM/ECF system. Of course, if the Court prefers to receive the record in hard copy, or requires the government to file the record by a different means, we will do so promptly.

---

  [1] The copy of this letter being filed on the electronic docket includes as exhibits OCC's certification and the index to the administrative record.

We thank the Court for its consideration of this letter.

                                                       Respectfully submitted,

                                                       AUDREY STRAUSS
                                                      United States Attorney for the
                                                      Southern District of New York

                                  By:     /s/ *Christopher Connolly*
                                                      CHRISTOPHER CONNOLLY
                                                      Assistant United States Attorney
                                                      86 Chambers Street, 3rd Floor
                                                      New York, New York 10007
                                                      Tel.: (212) 637-2761
                                                      Fax: (212) 637-2786
                                                      E-mail: christopher.connolly@usdoj.gov

Attachments

cc:    *Counsel of record* (by ECF and Federal Express)