UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>PEOPLE OF THE STATE OF CALIFORNIA, by ROB BONTA, Attorney General of the State of California,<br><br>PEOPLE OF THE STATE OF COLORADO, by PHILIP J. WEISER, Attorney General of the State of Colorado,<br><br>THE DISTRICT OF COLUMBIA, by KARL A. RACINE, Attorney General of the District of Columbia,<br><br>COMMONWEALTH OF MASSACHUSETTS, by MAURA HEALEY, Attorney General of Massachusetts,<br><br>THE STATE OF MINNESOTA, by KEITH ELLISON, Attorney General of the State of Minnesota,<br><br>THE STATE OF NEW JERSEY, by GURBIR S. GREWAL, Attorney General of the State of New Jersey,<br><br>THE STATE OF NORTH CAROLINA *ex rel.* JOSHUA H. STEIN, Attorney General of North Carolina,<br><br>Plaintiffs,<br><br>– against –<br><br>THE OFFICE OF THE COMPTROLLER OF THE CURRENCY and MICHAEL J. HSU, in his official capacity as Acting Comptroller of the Currency,<br><br>Defendants. | Case No. 1:21-Civ.-00057<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

WHEREAS Plaintiffs the People of the State of New York, by their attorney, Letitia James, Attorney General of the State of New York, the People of the State of California, by their

attorney, Rob Bonta, Attorney General of the State of California,[1] the People of the State of Colorado, by Philip J. Weiser, Attorney General of Colorado, the District of Columbia, by Karl A. Racine, Attorney General of the District of Columbia, the Commonwealth of Massachusetts, by Maura Healey, Attorney General of the State of Massachusetts, the State of Minnesota, by and through its Attorney General Keith Ellison, the State of New Jersey, by and through its Attorney General Gurbir S. Grewal, the State of North Carolina through Joshua H. Stein, Attorney General of North Carolina (collectively, "Plaintiffs"), commenced this action on January 5, 2021 against defendants the Office of the Comptroller of the Currency and Michael J. Hsu, in his official capacity as Acting Comptroller of the Currency ("Defendants");[2]

WHEREAS Plaintiffs commenced this action under the Administrative Procedure Act to set aside a rule issued by Defendants entitled *National Banks and Federal Savings Associations as Lenders*, 85 Fed. Reg. 68,742 (Oct. 30, 2020) (the "True Lender Rule");

WHEREAS on May 11, 2021, the U.S. Senate enacted a resolution pursuant to the Congressional Review Act, 5 U.S.C. §§ 801-808, disapproving of the True Lender Rule (the "True Lender Disapproval Resolution");

WHEREAS on June 24, 2021 the U.S. House of Representatives enacted the True Lender Disapproval Resolution;

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), current Attorney General of the State of California Rob Bonta is automatically substituted as a party in any action brought by or against his predecessor.

[2] Pursuant to Federal Rule of Civil Procedure 25(d), current Acting Comptroller of the Currency Michael J. Hsu is automatically substituted as a party in any action brought by or against his predecessor.

WHEREAS on July 1, 2021 President Biden signed the True Lender Disapproval Resolution;

WHEREAS the True Lender Disapproval Resolution has rendered the True Lender Rule "of no force or effect" and the True Lender Rule "shall be treated as though such rule had never taken effect," 5 U.S.C. § 801(f);

WHEREAS the True Lender Rule "may not be reissued in substantially the same form, and a new rule that is substantially the same as such a rule may not be issued, unless the reissued or new rule is specifically authorized by a law enacted after the date of the joint resolution disapproving the original rule," 5 U.S.C. § 801(b)(2); and

WHEREAS the True Lender Disapproval Resolution renders this action moot.

IT IS THEREFORE STIPULATED AND AGREED by Plaintiffs and Defendants, through their undersigned counsel, as follows:

1.     This action is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2.       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), this dismissal is without prejudice.

Dated:        July 8, 2021

| | |
|---|---|
| AUDREY STRAUSS<br>United States Attorney | LETITIA JAMES<br>Attorney General of the State of New York |
| By:<br>Christopher Connolly<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York  10007<br>Telephone:  (212) 637-2761<br>Facsimile:  (212) 637-2786<br>Email:  christopher.connolly@usdoj.gov<br><br>*Attorneys for Defendants the Office of the Comptroller of the Currency and Michael J. Hsu, In His Official Capacity As Acting Comptroller of the Currency* | By:  */s/ Jane M. Azia*<br>Jane M. Azia, Bureau Chief<br>Office of the New York Attorney General<br>Bureau of Consumer Frauds and Protection<br>28 Liberty Street, 20th Floor<br>New York, New York  10005<br>Telephone:  (212) 416-8727<br>Facsimile:  (212) 416-6003<br>Email:  jane.azia@ag.ny.gov<br><br>*Attorneys for Plaintiff the People of the State of New York* |

4

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), this dismissal is without prejudice.

Dated:   July , 2021

AUDREY STRAUSS
United States Attorney

By: _____ 7/8/2021
Christopher Connolly
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2761
Facsimile: (212) 637-2786
Email: christopher.connolly@usdoj.gov

*Attorneys for Defendants the Office of the Comptroller of the Currency and Michael J. Hsu, In His Official Capacity As Acting Comptroller of the Currency*

ROB BONTA
Attorney General of California

By:
Nicklas A. Akers, Senior Assistant Attorney General
Christopher Lapinig, Deputy Attorney General
Office of Attorney General
Consumer Protection Section
300 S. Spring St. #1700
Los Angeles, California 90013
Telephone: (213) 269-6697
Email: christopher.lapinig@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

LETITIA JAMES
Attorney General of the State of New York

By: /s/ *Jane M. Azia*
Jane M. Azia, Bureau Chief
Office of the New York Attorney General
Bureau of Consumer Frauds and Protection
28 Liberty Street, 20th Floor
New York, New York 10005
Telephone: (212) 416-8727
Facsimile: (212) 416-6003
Email: jane.azia@ag.ny.gov

*Attorneys for Plaintiff the People of the State of New York*

PHILLIP J. WEISER
Attorney General of the State of Colorado

By:
Nikolai Frant, First Assistant Attorney General
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: Nikolai.Frant@coag.gov

*Attorneys for Plaintiff the State of Colorado*

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), this dismissal is without prejudice.

Dated: July , 2021

| | |
|---|---|
| AUDREY STRAUSS<br>United States Attorney | LETITIA JAMES<br>Attorney General of the State of New York |
| By:<br>Christopher Connolly<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Telephone: (212) 637-2761<br>Facsimile: (212) 637-2786<br>Email: christopher.connolly@usdoj.gov<br><br>*Attorneys for Defendants the Office of the Comptroller of the Currency and Michael J. Hsu, In His Official Capacity As Acting Comptroller of the Currency* | By: */s/ Jane M. Azia*<br>Jane M. Azia, Bureau Chief<br>Office of the New York Attorney General<br>Bureau of Consumer Frauds and Protection<br>28 Liberty Street, 20th Floor<br>New York, New York 10005<br>Telephone: (212) 416-8727<br>Facsimile: (212) 416-6003<br>Email: jane.azia@ag.ny.gov<br><br>*Attorneys for Plaintiff the People of the State of New York* |
| ROB BONTA<br>Attorney General of California | PHILLIP J. WEISER<br>Attorney General of the State of Colorado |
| By: *[signature: Chris Lapinig]*<br>Nicklas A. Akers, Senior Assistant Attorney General<br>Christopher Lapinig, Deputy Attorney General<br>Office of Attorney General<br>Consumer Protection Section<br>300 S. Spring St. #1700<br>Los Angeles, California 90013<br>Telephone: (213) 269-6697<br>Email: christopher.lapinig@doj.ca.gov<br><br>*Attorneys for Plaintiff the People of the State of California* | By:<br>Nikolai Frant, First Assistant Attorney General<br>Colorado Office of the Attorney General<br>1300 Broadway, 7th Floor<br>Denver, Colorado 80203<br>Telephone: (720) 508-6000<br>Email: Nikolai.Frant@coag.gov<br><br>*Attorneys for Plaintiff the State of Colorado* |

2.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), this dismissal is without prejudice.

Dated:        July   , 2021

| | |
|---|---|
| AUDREY STRAUSS<br>United States Attorney | LETITIA JAMES<br>Attorney General of the State of New York |
| | |
| By:<br>Christopher Connolly<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Telephone: (212) 637-2761<br>Facsimile: (212) 637-2786<br>Email: christopher.connolly@usdoj.gov | By: */s/ Jane M. Azia*<br>Jane M. Azia, Bureau Chief<br>Office of the New York Attorney General<br>Bureau of Consumer Frauds and Protection<br>28 Liberty Street, 20th Floor<br>New York, New York 10005<br>Telephone: (212) 416-8727<br>Facsimile: (212) 416-6003<br>Email: jane.azia@ag.ny.gov |
| *Attorneys for Defendants the Office of the Comptroller of the Currency and Michael J. Hsu, In His Official Capacity As Acting Comptroller of the Currency* | *Attorneys for Plaintiff the People of the State of New York* |
| ROB BONTA<br>Attorney General of California | PHILLIP J. WEISER<br>Attorney General of the State of Colorado |
| By:<br>Nicklas A. Akers, Senior Assistant Attorney General<br>Christopher Lapinig, Deputy Attorney General<br>Office of Attorney General<br>Consumer Protection Section<br>300 S. Spring St. #1700<br>Los Angeles, California 90013<br>Telephone: (213) 269-6697<br>Email: christopher.lapinig@doj.ca.gov | By: *[signature]*<br>Nikolai Frant, First Assistant Attorney General<br>Colorado Office of the Attorney General<br>1300 Broadway, 7th Floor<br>Denver, Colorado 80203<br>Telephone: (720) 508-6000<br>Email: Nikolai.Frant@coag.gov |
| *Attorneys for Plaintiff the People of the State of California* | *Attorneys for Plaintiff the State of Colorado* |

KARL A. RACINE
Attorney General of the District of Columbia

By: /s/ David Brunfeld
David Brunfeld, Assistant Attorney General
& Charles F. C. Ruff Fellow
District of Columbia Office of the Attorney General
Public Advocacy Division
400 6th Street N.W., 10th Floor
Washington, D.C.  20001
Telephone:  (202) 724-5079
Email:  David.brunfeld@dc.gov

*Attorneys for Plaintiff the District of Columbia*

KEITH ELLISON
Attorney General of Minnesota

By:
Adam Welle, Assistant Attorney General
Minnesota Attorney General's Office
Bremer Tower, Suite 1200
445 Minnesota Street
St. Paul, Minnesota  55101
Telephone:  (651) 757-1425
Email:  adam.welle@ag.state.mn.us

*Attorneys for Plaintiff the State of Minnesota*

MAURA HEALEY
Attorney General of the
Commonwealth of Massachusetts

By:
Brendan T. Jarboe, Assistant Attorney General
Office of Attorney General Maura Healey
Consumer Protection Division
One Ashburton Place
Boston, Massachusetts  02108
Telephone:  (617) 727-2200
Email:  brendan.jarboe@mass.gov

*Attorneys for Plaintiff the Commonwealth of Massachusetts*

GURBIR S. GREWAL
Attorney General of New Jersey

By:
Mayur P. Saxena, Assistant Attorney General
Tim Sheehan, Deputy Attorney General
124 Halsey Street, 5th Floor
Newark, New Jersey  07101
P.O. Box 45029-5029
Telephone:  (973) 648-3283
Fax:  (973) 648-4887
Email:  Mayur.Saxena@law.njoag.gov

*Attorneys for Plaintiff the State of New Jersey*

5

KARL A. RACINE
Attorney General of the District of Columbia

By:
David Brunfeld, Assistant Attorney General
& Charles F. C. Ruff Fellow
District of Columbia Office of the Attorney General
Public Advocacy Division
400 6th Street N.W., 10th Floor
Washington, D.C. 20001
Telephone: (202) 724-5079
Email: David.brunfeld@dc.gov

*Attorneys for Plaintiff the District of Columbia*

KEITH ELLISON
Attorney General of Minnesota

By:
Adam Welle, Assistant Attorney General
Minnesota Attorney General's Office
Bremer Tower, Suite 1200
445 Minnesota Street
St. Paul, Minnesota 55101
Telephone: (651) 757-1425
Email: adam.welle@ag.state.mn.us

*Attorneys for Plaintiff the State of Minnesota*

MAURA HEALEY
Attorney General of the
Commonwealth of Massachusetts

By: /s/ Brendan T. Jarboe
Brendan T. Jarboe, Assistant Attorney General
Office of Attorney General Maura Healey
Consumer Protection Division
One Ashburton Place
Boston, Massachusetts 02108
Telephone: (617) 727-2200
Email: brendan.jarboe@mass.gov

*Attorneys for Plaintiff the Commonwealth of Massachusetts*

GURBIR S. GREWAL
Attorney General of New Jersey

By:
Mayur P. Saxena, Assistant Attorney General
Tim Sheehan, Deputy Attorney General
124 Halsey Street, 5th Floor
Newark, New Jersey 07101
P.O. Box 45029-5029
Telephone: (973) 648-3283
Fax: (973) 648-4887
Email: Mayur.Saxena@law.njoag.gov

*Attorneys for Plaintiff the State of New Jersey*

KARL A. RACINE
Attorney General of the District of Columbia

By:
David Brunfeld, Assistant Attorney General
& Charles F. C. Ruff Fellow
District of Columbia Office of the Attorney General
Public Advocacy Division
400 6th Street N.W., 10th Floor
Washington, D.C.  20001
Telephone:  (202) 724-5079
Email:  David.brunfeld@dc.gov

*Attorneys for Plaintiff the District of Columbia*

KEITH ELLISON
Attorney General of Minnesota

By: *[signature]*
Adam Welle, Assistant Attorney General
Minnesota Attorney General's Office
Bremer Tower, Suite 1200
445 Minnesota Street
St. Paul, Minnesota  55101
Telephone:  (651) 757-1425
Email:  adam.welle@ag.state.mn.us

*Attorneys for Plaintiff the State of Minnesota*

MAURA HEALEY
Attorney General of the
Commonwealth of Massachusetts

By:
Brendan T. Jarboe, Assistant Attorney General
Office of Attorney General Maura Healey
Consumer Protection Division
One Ashburton Place
Boston, Massachusetts  02108
Telephone:  (617) 727-2200
Email:  brendan.jarboe@mass.gov

*Attorneys for Plaintiff the Commonwealth of Massachusetts*

GURBIR S. GREWAL
Attorney General of New Jersey

By:
Mayur P. Saxena, Assistant Attorney General
Tim Sheehan, Deputy Attorney General
124 Halsey Street, 5th Floor
Newark, New Jersey  07101
P.O. Box 45029-5029
Telephone:  (973) 648-3283
Fax:  (973) 648-4887
Email:  Mayur.Saxena@law.njoag.gov

*Attorneys for Plaintiff the State of New Jersey*

| | |
|---|---|
| KARL A. RACINE<br>Attorney General of the District of Columbia<br><br><br>By:<br>David Brunfeld, Assistant Attorney General<br>& Charles F. C. Ruff Fellow<br>District of Columbia Office of the Attorney General<br>Public Advocacy Division<br>400 6th Street N.W., 10th Floor<br>Washington, D.C.  20001<br>Telephone:  (202) 724-5079<br>Email:  David.brunfeld@dc.gov<br><br>*Attorneys for Plaintiff the District of Columbia* | MAURA HEALEY<br>Attorney General of the<br>Commonwealth of Massachusetts<br><br>By:<br>Brendan T. Jarboe, Assistant Attorney General<br>Office of Attorney General Maura Healey<br>Consumer Protection Division<br>One Ashburton Place<br>Boston, Massachusetts  02108<br>Telephone:  (617) 727-2200<br>Email:  brendan.jarboe@mass.gov<br><br>*Attorneys for Plaintiff the Commonwealth of Massachusetts* |
| KEITH ELLISON<br>Attorney General of Minnesota<br><br>By:<br>Adam Welle, Assistant Attorney General<br>Minnesota Attorney General's Office<br>Bremer Tower, Suite 1200<br>445 Minnesota Street<br>St. Paul, Minnesota  55101<br>Telephone:  (651) 757-1425<br>Email:  adam.welle@ag.state.mn.us<br><br>*Attorneys for Plaintiff the State of Minnesota* | GURBIR S. GREWAL<br>Attorney General of New Jersey<br><br><br><br>By: /s/<br>Mayur P. Saxena, Assistant Attorney General<br>Tim Sheehan, Deputy Attorney General<br>124 Halsey Street, 5th Floor<br>Newark, New Jersey  07101<br>P.O. Box 45029-5029<br>Telephone:  (973) 648-3283<br>Fax:  (973) 648-4887<br>Email:  Tim.Sheehan@law.njoag.gov<br><br>*Attorneys for Plaintiff the State of New Jersey* |

JOSHUA H. STEIN
Attorney General of North Carolina

By: /s/ Daniel P. Mosteller
Kevin Anderson, Division Director
Daniel P. Mosteller, Special Deputy Attorney General
M. Lynne Weaver, Special Deputy Attorney General
North Carolina Attorney General Office
Consumer Protection Division
114 W. Edenton Street
P.O. Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6000
Email: dmosteller@ncdoj.gov

*Attorneys for Plaintiff the State of North Carolina*